UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN GELZINIS,
        Plaintiff,

vs.         Case No.8:08-CV-2580-T-24EAJ

SEARS, ROEBUCK & CO and
WING ENTERPRISES, INC.,
        Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's motion to extend deadlines. (Doc. No. 38). In this motion, Plaintiff requests that the Court extend the expert disclosure deadline to August 31, 2009. In response, Defendant states that it does not oppose the motion, as long as Plaintiff agrees to the proposed extensions of the rest of the deadlines. Furthermore, Defendant states in its motion that the proposed deadlines are consistent with "the parties desire and the Court's willingness to bifurcate the trial in the cause." (Doc. No. 39, p. 2).

While the Court will grant the motion and extend all of the deadlines as proposed by the parties, the Court reminds the parties that it has not agreed to bifurcate the trial in this case. If the parties want the trial to be bifurcated, they must first file a motion.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's motion to extend deadlines (Doc. No. 38) is **GRANTED**. The Court will issue a separate scheduling order containing the extended deadlines.

**DONE** and **ORDERED** at Tampa, Florida, 13th day of August, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:    All parties & Counsel of Record